AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ITG CIGARS INC.<br><br>*Plaintiff(s)*<br><br>v.<br><br>BLAZEN PUFF & STUFF OUTLET, LLC; ABDULLAH SEBAI; BLACKWOODS WRAPS INC.; MAYA M. ZABEN; S. ABOUZLAM d/b/a WHOLESALE TOBACCO and/or HOOKAH OUTLET; and JOHN DOES #1-10, unknown persons<br><br>*Defendant(s)* | Civil Action No. 0:24-cv-61219-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blazen Puff & Stuff Outlet, LLC
3105 W. Atlantic Blvd.
Pompano Beach, Florida 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Patrick Doerr PLLC
601 Brickell Ave
Miami, Florida 33131
Attn: Monifa Hall, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   07/11/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ITG CIGARS INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> BLAZEN PUFF & STUFF OUTLET, LLC; ABDULLAH SEBAI; BLACKWOODS WRAPS INC.; MAYA M. ZABEN; S. ABOUZLAM d/b/a WHOLESALE TOBACCO and/or HOOKAH OUTLET; and JOHN DOES #1-10, unknown persons <br><br> *Defendant(s)* | Civil Action No. 0:24-cv-61219-AHS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blackwoods Wraps Inc.
3105 W. Atlantic Blvd.
Pompano Beach, Florida 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick Doerr PLLC
601 Brickell Ave
Miami, Florida 33131
Attn: Monifa Hall, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/11/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A. Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ITG CIGARS INC.<br><br>*Plaintiff(s)*<br>v.<br><br>BLAZEN PUFF & STUFF OUTLET, LLC; ABDULLAH SEBAI; BLACKWOODS WRAPS INC.; MAYA M. ZABEN; S. ABOUZLAM d/b/a WHOLESALE TOBACCO and/or HOOKAH OUTLET; and JOHN DOES #1-10, unknown persons<br><br>*Defendant(s)* | Civil Action No. 0:24-cv-61219-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Abdullah Sebai
33 SE 8th Street
Boca Raton, Florida 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick Doerr PLLC
601 Brickell Ave
Miami, Florida 33131
Attn: Monifa Hall, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/11/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ITG CIGARS INC. <br><br> *Plaintiff(s)* <br> v. <br><br> BLAZEN PUFF & STUFF OUTLET, LLC; ABDULLAH SEBAI; BLACKWOODS WRAPS INC.; MAYA M. ZABEN; S. ABOUZLAM d/b/a WHOLESALE TOBACCO and/or HOOKAH OUTLET; and JOHN DOES #1-10, unknown persons <br><br> *Defendant(s)* | Civil Action No.  0:24-cv-61219-AHS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Maya M. Zaben
3105 W. Atlantic Blvd.
Pompano Beach, Florida 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick Doerr PLLC
601 Brickell Ave
Miami, Florida 33131
Attn: Monifa Hall, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/11/2024



Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ITG CIGARS INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> BLAZEN PUFF & STUFF OUTLET, LLC; ABDULLAH SEBAI; BLACKWOODS WRAPS INC.; MAYA M. ZABEN; S. ABOUZLAM d/b/a WHOLESALE TOBACCO and/or HOOKAH OUTLET; and JOHN DOES #1-10, unknown persons <br><br> *Defendant(s)* | Civil Action No. 0:24-cv-61219-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  S. Abouzlam
3105 W. Atlantic Blvd.
Pompano Beach, Florida 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick Doerr PLLC
601 Brickell Ave
Miami, Florida 33131
Attn: Monifa Hall, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/11/2024



Angela E. Noble
Clerk of Court

*s/ A. Rodriguez*

Deputy Clerk
U.S. District Courts

**SUMMONS**